UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------- X
                                         :

DONNA BELL, *individually and on behalf of all others*
*similarly situated*,
                                         :           24-CV-3559 (JMF)

                           Plaintiff,
                                         :
                                         :              ORDER

      -v-
                                         :

GREENBRIER INTERNATIONAL, INC. d/b/a DOLLAR  :
TREE et al.,
                                         :

                         Defendants.
                                         :

------------------------------------------------------------------------ X

JESSE M. FURMAN, United States District Judge:

      On July 3, 2024, Defendant Colonna Brothers, Inc. filed a motion to dismiss the complaint under Rule 12(b) of the Federal Rules of Civil Procedure.  Under Rule 15(a)(1)(B), a plaintiff has twenty-one (21) days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.

      Accordingly, it is hereby ORDERED that Plaintiff shall file any amended complaint by **July 24, 2024**.  Pursuant to Local Civil Rule 15.1, available at https://www.nysd.uscourts.gov/rules, any amended complaint should be filed with a redline showing all differences between the original and revised filings.  Plaintiff will not be given any further opportunity to amend the complaint to address issues raised by the motion to dismiss.

      If Plaintiff does amend, by three (3) weeks after the amended complaint is filed, Defendant shall: (1) file an answer; (2) file a new motion to dismiss; or (3) file a letter on ECF stating that it relies on the previously filed motion to dismiss.  If Defendant files an answer or a new motion to dismiss, the Court will deny the previously filed motion to dismiss as moot.  If Defendant files a new motion to dismiss or indicates that it relies on its previously filed motion to dismiss, any opposition shall be filed within fourteen days, and any reply shall be filed within seven days of any opposition.

      If no amended complaint is filed, Plaintiff shall file any opposition to the motion to dismiss by **July 24, 2024.**  Defendant's reply, if any, shall be filed by **July 31, 2024.**

      Finally, it is further ORDERED that the initial pretrial conference previously scheduled for August 22, 2024 is adjourned *sine die*.

      SO ORDERED.

Dated: July 3, 2024
      New York, New York                          _____
                                              JESSE M. FURMAN
                                          United States District Judge