UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
DONNA BELL, *individually and on behalf of all others similarly situated*, :
:
:    24-CV-3559 (JMF)
                             Plaintiff, :
:    ORDER
-v- :
:
GREENBRIER INTERNATIONAL, INC. D/B/A :
DOLLAR TREE et al., :
:
                             Defendants. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In light of Defendants' new motions to dismiss, *see* Docket Nos. 32, 33, Defendants' earlier motions to dismiss filed at Docket Nos. 24 and 26 are hereby DENIED as moot. Plaintiff's oppositions to these new motions to dismiss are due by **August 28, 2024**. Defendants' replies, if any, are due by **September 4, 2024**.

      The Clerk of Court is directed to terminate Docket Nos. 24 and 26.

      SO ORDERED.

Dated: August 15, 2024
       New York, New York
                                                      JESSE M. FURMAN
                                            United States District Judge